■ JOHN C. KANALEY et al., Respondents, v PAUL BRENNAN et al., Constituting the Planning Board of the Town of Onondaga, Respondents, and STEPHEN W. BUECHNER et al., Appellants.—Judgment unanimously affirmed, without costs. Memorandum: We affirm for the reasons that the developers failed to submit a site development plan with sufficient dimensional information to permit the Planning Board to determine that

the proposal meets lot size and density requirements *(see, Town Law § 281 [b])* and that the Board failed to make a reasoned elaboration of the basis for its negative declaration *(see, H.O.M.E.S. v New York State Urban Dev. Corp.,* 69 AD2d 222, 232). (Appeal from judgment of Supreme Court, Onondaga County, Roy, J.—art 78.) Present—Dillon, P. J., Callahan, Doerr, Pine and Balio, JJ. [119 Misc 2d 1003.]